Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
Bracamontes & Vlasak, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:    (415) 835-6780

Attorneys for Plaintiff Timothy Hoyt

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY HOYT,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, GEORGE GASCON, and DOES 1 to 20, inclusive,<br><br>Defendants. | **CASE NO.:** 3:10-CV-01778-RS<br><br>**STIPULATION AND ORDER RE: PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**ACTION FILED:** April 26, 2010<br>**TRIAL DATE:**   November 7, 2011 |

Contingent upon the Court's Order pursuant to this Stipulation, the parties to this action hereby agree as follows:

1. Plaintiff may file a first amended complaint to substitute Hank Lum for DOE 1.

SO STIPULATED:

Dated:    09/15/10                          By:    /s/ Michael Bracamontes
                                                   Michael R. Bracamontes, Esq.
                                                   Attorney for Plaintiff


Dated:    09/15/10                          By:    /s/ Kimberly Bliss
                                                   Kimberly Bliss, Esq.
                                                   Attorney for Defendants

_____                    *- 1 -*
*Hoyt v. City and County of San Francisco – Stipulation and* ~~Proposed~~ *Order re: Plaintiff's First Amended Complaint*
*Case No. 3:10-CV-01778-RS*

*Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff may file a first amended complaint.

Dated: __9/17/10_____                                          _____
                                                                                            Judge of the Northern District

- 2 -
*Hoyt v. City and County of San Francisco – Stipulation and ~~Proposed~~ Order re: Plaintiff's First Amended Complaint*
*Case No. 3:10-CV-01778-RS*