UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOYT,<br><br>      Plaintiff(s),<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendant(s). | No. C10-1778 RS (BZ)<br><br>**INITIAL DISCOVERY ORDER** |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the

1 | parties must participate in a telephone conference with the
2 | Court **before** filing any discovery motions or other papers.
3 | The party seeking discovery shall request a conference in a
4 | letter **filed electronically** not exceeding two pages (with no
5 | attachments) which briefly explains the nature of the action
6 | and the issues in dispute.  Other parties **shall reply** in
7 | similar fashion within **two days** of receiving the letter
8 | requesting the conference.  The Court will contact the parties
9 | to schedule the conference.
10 |     After the conference with the Court, if filing papers is
11 | deemed necessary, they should be filed **electronically** with the
12 | Clerk's Office, with **one hard copy delivered directly to**
13 | **Magistrate Judge Zimmerman's Chambers (Room 15-6688).**  A
14 | chambers copy of all briefs shall be submitted on a diskette
15 | formatted in WordPerfect or e-mailed to the following address:
16 | **bzpo@cand.uscourts.gov**
17 | Dated:   April 8, 2011
18 | _____
19 |                     Bernard Zimmerman
                 United States Magistrate Judge
20 |
21 | G:\BZALL\-REFS\HOYT V. CITY & CTY.S.F\INITIAL DISCOVERY ORDER.wpd