UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOYT,<br><br>        Plaintiff(s),<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendant(s). | No. C10-1778 RS (BZ)<br><br>**SECOND DISCOVERY ORDER** |

    Following a telephone conference at which both sides we represented by counsel, **IT IS HEREBY ORDERED** as follows:

    1.  Before **April 29, 2011**, Mr. Bracamontes, Ms. Higgins and Mr. White shall meet in accordance with my initial discovery order and confer on the record in an effort to resolve both sets of outstanding disputes in accordance with the views expressed by the Court.

    2. If they are unable to agree, by **May 3, 2011**, plaintiff shall file a supplemental memorandum identifying which of the disputes set forth in his motion to compel dated March 18, 2011 still require Court intervention.  Defendants shall file their opposition by **May 16, 2011**.  Any reply shall be filed by

1

**May 23, 2011.**  The Court will schedule a hearing if one is necessary.

    3.  If the parties are unable to resolve the differences over the information defendants are seeking about plaintiff's medical condition, defendants have leave to file an appropriate motion to compel.  The motion shall be filed by **May 11, 2011.**  Any opposition shall filed by **May 23, 2011** and a reply shall be filed by **May 27, 2011**.  The Court will schedule a hearing if one is necessary.

Dated: April 22, 2011

_____
          Bernard Zimmerman
    United States Magistrate Judge

G:\BZALL\-REFS\HOYT V. CITY & CTY.S.F\DISC ORD 2.wpd