1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   TIMOTHY HOYT,                    )
                                      )
12              Plaintiff(s),         )       No. C10-1778 RS (BZ)
                                      )
13        v.                          )
                                      )       **ORDER RE PLAINTIFF'S**
14   CITY AND COUNTY OF SAN           )       **ADMINISTRATIVE MOTION**
     FRANCISCO, et al.,               )       **TO SEAL**
15                                    )
                Defendant(s).         )
16   _____)

17        Before me is plaintiff's administrative motion to file

18   portions of its motion to compel under seal.  Docket No. 31.

19   **IT IS HEREBY ORDERED** that plaintiff's motion is **DENIED** because

20   it fails to make the showing required by <u>Foltz v. State Farm</u>

21   <u>Mut. Auto. Ins. Co.</u>, 331 F.3d 1122 (9th Cir. 2003), and

22   <u>Contratto v. Ethicon, Inc.</u>, 227 F.R.D. 304, 307-08 (N.D. Cal.

23   2005).  Specifically, the fact that information was produced

24   pursuant to a protective order is not by itself grounds for

25   sealing a public document.  <u>See</u> Local Rule 79-5(a).  If

26   plaintiff's motion was made under Local Rule 79-5(d),

27   defendant has not filed a supporting declaration establishing

28   that the designated confidential information is sealable, and

                                    1

1    the time to do so has now passed.

2         **IT IS FURTHER ORDERED** that plaintiff shall comply with

3    Local Rule 79-5(e).

4    Dated: April 25, 2011

5

6                                    Bernard Zimmerman
                                     United States Magistrate Judge

7

8    G:\BZALL\-REFS\HOYT V. CITY & CTY.S.F\SEALING ORDER.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                 2