UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOYT,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendant(s). | No. C10-1778 RS (BZ)<br><br>**ORDER RE DEFENDANT'S ADMINISTRATIVE MOTION** |

　　　Having received defendant's administrative motion for plaintiff to file his motion to compel under seal (Docket No. 42), **IT IS HEREBY ORDERED** as follows:

　　　1.　Plaintiff shall have until **Tuesday, May 3, 2011,** to comply with my April 25, 2011 Order (Docket No. 38) requiring him to file his motion to compel under Local Rule 79-5(e).

　　　2.　If plaintiff opposes defendant's request for the motion to compel to be filed under seal, he shall file an opposition by **noon** of **Monday, May 2, 2011.**

Dated: April 28, 2011

　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　United States Magistrate Judge

1