```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
 3  MEGHAN K. HIGGINS, State Bar #235685
    Deputy City Attorneys
 4  Fox Plaza
    1390 Market Street, Sixth Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-3896
 6  Facsimile:    (415) 554-3837
    E-Mail:       meghan.higgins@sfgov.org
 7
    Attorneys for Defendants
 8  CITY AND COUNTY OF SAN FRANCISCO AND
    GEORGE GASCÓN
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TIMOTHY HOYT, | Case No. CV 10-01778 RS |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE FOR PLAINTIFF TO FILE AMENDED MOTION TO COMPEL UNDER SEAL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, GEORGE GASCÓN, AND DOES 1-20, | Date Action Filed:  April 26, 2010<br>Trial Date:  November 7, 2011 |
| Defendants. | |

[Proposed] Order re Admin. Motion to Seal      1      n:\lit\li2010\101322\00695750.doc
CASE NO.  **C 10-1778 RS**

## [PROPOSED] ORDER

The administrative motion to allow Plaintiff to file the highlighted portions of his amended motion to compel under seal is GRANTED.

IT IS SO ORDERED THAT the Court shall seal the highlighted portions in Plaintiff's Amended Motion to Compel. A redacted version of the motion shall be filed in the public record.

Dated: 29 Apr 2011

By: _____
Hon. Bernard Zimmerman
United States Magistrate Judge