UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY HOYT,

    Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendant(s).

No. C10-1778 RS (BZ)

**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL**

Defendants have moved to compel plaintiff to provide further responses to defendants' interrogatories numbers 23, 24, and 25. Docket No. 54. Number 23 asks plaintiff to identify any health care provider that has treated him in the five years before the incident and the date of the treatment.[1] Numbers 24 and 25 ask plaintiff to identify the date of any bone fracture he has ever suffered and the identify of the health care providers who treated these fractures.

The Court agrees with defendants that the requested

---

[1] The parties have agreed that defendants' interrogatory will be limited to a period of five years rather than the initial request of ten years.

1

information is proper for discovery because preexisting medical conditions may be relevant to the jury's determination of whether defendant Officer Hank Lum's use of force was objectively reasonable in light of the circumstances confronting him.  See Tatum v. City and County of San Francisco, 441 F.3d 1090, 1095 (9th Cir. 2006); Shelton v. Chorley, 2011 WL 1253655 at *5 (E.D. Cal. 2011); Rodriguez v. Farrell, 280 F.3d 1341, 1352-52 (10th Cir. 2002)("We do not use hindsight to judge the acts of police officers; we look at what they knew (or reasonably should have known) at the time of the act.  What would ordinarily be considered reasonable force does not become excessive force when the force aggravates (however severely) a pre-existing condition the extent of which was unknown to the officer at the time"). **IT IS THEREFORE ORDERED** that plaintiff shall respond to interrogatory numbers 23, 24, and 25 by **June 15, 2011** to the extent that he knows the dates of his medical treatments and fractures and the identity of the health care providers that treated him.

Dated: May 31, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HOYT V. CITY & CTY.S.F\ORDER RE DEFENDANT'S MOTION TO COMPEL.wpd