*E-Filed 6/23/11*

Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
Bracamontes & Vlasak, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:    (415) 835-6780

Attorneys for Plaintiff Timothy Hoyt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY HOYT,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, GEORGE GASCON,<br>and DOES 1 to 20, inclusive,<br><br>Defendants. | **CASE NO.:** 3:10-CV-01778-RS<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME TO COMPLETE EXPERT DISCOVERY**<br><br>**ACTION FILED:** April 26, 2010<br>**TRIAL DATE:**   November 7, 2011 |

Plaintiff's police practices expert has requested an extension of time to follow his expert report as he will be overseas for two weeks on an unexpected trip.

Contingent upon the Court's Order pursuant to this Stipulation, the parties to this action hereby agree as follows:

1. On or before July 25, 2011, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

2. On or before August 8, 2011, defendants shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

3. On or before August 17, 2011, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

- 1 -

*Hoyt v. City and County of San Francisco – Stipulation and Proposed Order re: Extension of Time to Complete Expert Discovery*
*Case No. 3:10-CV-01778-RS*

SO STIPULATED:

Dated: 06/23/11                    By:    /s/ Michael Bracamontes
                                          Michael R. Bracamontes, Esq.
                                          Attorney for Plaintiff


Dated: 06/23/11                    By:    /s/ Joshua White
                                          Joshua White, Esq.
                                          Attorney for Defendants

*Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the expert disclosure deadlines shall track the dates referenced above.

Dated: __6/23/11_____         _____
                                   Judge of the Northern District

- 2 -

*Hoyt v. City and County of San Francisco – Stipulation and Proposed Order re: Extension of Time to Complete Expert Discovery*
*Case No. 3:10-CV-01778-RS*