UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOYT,<br><br>            Plaintiff(s),<br><br>    v.<br><br>CITY AND COUNTY OF SAN<br>FRANCISCO, et al.,<br><br>            Defendant(s). | No. C10-1778 RS (BZ)<br><br>**THIRD DISCOVERY ORDER** |

Following a telephone conference on June 23, 2011, at which both sides were represented by counsel, for the reasons stated during the conference, **IT IS HEREBY ORDERED** as follows:

 1.  By **Monday, June 27, 2011**, defendant shall review the transcript of Mr. Juen's statement and produce to plaintiff any portions of the statement concerning what he heard plaintiff say about pain.

 2.  Plaintiff's request to compel defendant to answer how many "complaints [were] received during the last 10 years concerning the use of force where no incident report was created" is **DENIED**.  Plaintiff's request to compel defendant to answer how many officers were disciplined for using wrist

1

locks during the last 10 years is **GRANTED IN PART** and **DENIED IN PART**.  By **June 12, 2011**, defendant shall answer this interrogatory for the calendar year period predating the incident.  If needed, plaintiff shall have **five days** after receiving plaintiff's answer to amend his expert disclosure on this issue.

   This Order resolves the issues raised in plaintiff's letter motion (Docket No. 65) and defendant's opposition (Docket No. 68).

Dated: June 23, 2011

_____
               Bernard Zimmerman
          United States Magistrate Judge

G:\BZALL\-REFS\HOYT V. CITY & CTY.S.F\DISC ORD 3.wpd