DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MEGHAN K. HIGGINS, State Bar #235685
JOSHUA S. WHITE, State Bar #237223
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3896
Facsimile:      (415) 554-3837
E-Mail:          meghan.higgins@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO AND
GEORGE GASCÓN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOYT,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, GEORGE GASCÓN, AND DOES 1-20,<br><br>　　　Defendants. | Case No. CV 10-01778 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE DATE**<br><br>Date Action Filed:　April 26, 2010<br>Trial Date:　　　　　November 7, 2011 |

1  The parties hereby stipulate that the date of the settlement conference in this matter be changed
2  from October 11, 2011 to August 26, 2011.  The settlement conference will take place before Judge
3  James in San Francisco at 10:00 a.m.

4  **IT IS SO STIPULATED.**

6  Dated:  August 8, 2011                                    DENNIS J. HERRERA
                                                              City Attorney
7                                                             JOANNE HOEPER
                                                              Chief Trial Deputy
8                                                             MEGHAN HIGGINS
                                                              Deputy City Attorney

                                                         By:  */s/ Meghan Higgins*
10                                                            MEGHAN HIGGINS
                                                              Deputy City Attorney

                                                              Attorneys for Defendants CITY AND COUNTY OF
12                                                            SAN FRANCISCO, et al.

13  Dated:  August 8, 2011                                    BRACAMONTES & VLASAK, P.C.

                                                         By:  */s/ Michael Bracamontes*
16                                                            MICHAEL BRACAMONTES

17                                                            Attorneys for Plaintiff
                                                              TIMOTHY HOYT

1 [PROPOSED] ORDER

2  IT IS ORDERED that the settlement conference in this matter will take place on August 26,
3 2011 at 10:00 a.m.

5  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8 Dated: 8/10/11

    _____
    THE HONORABLE MARIA-ELENA JAMES
    CHIEF MAGISTRATE JUDGE