Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:    (415) 835-6780
mbracamontes@bvlawsf.com

Attorneys for Plaintiff Timothy Hoyt

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY HOYT,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>    Defendants. | **CASE NO.:** CV-10-1778-RS<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>**ACTION FILED:** April 26, 2010<br>**TRIAL DATE:**   November 7, 2011 |

A case management conference in the instant action is currently set for August 25, 2011. On August 17, 2011, counsel for Plaintiff discovered that he will be in a jury trial in San Francisco Superior Court on said date. The opening of evidence in said trial, which is expected to last 5 days, will not commence until August 22, 2011.

Accordingly, contingent upon the Court's Order pursuant to this Stipulation, the parties to this action hereby agree as follows:

1. The case management conference, currently scheduled for 10:00 a.m. on August 25, 2011, be continued to 10:00 a.m. on September 15, 2011.

///

///

---

- *1* -

*Hoyt v. City and County of San Francisco, et al. – Stipulation and Order re: Continuance of Case Management Conference*

SO STIPULATED:

Dated:   08/17/11                          By:    /s/ Michael Bracamontes
                                                  Michael R. Bracamontes, Esq.
                                                  Attorney for Plaintiff


Dated:   08/17/11                          By:    /s/ Joshua White
                                                  Joshua White, Esq.
                                                  Attorney for Defendants

*Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference currently scheduled for 10:00 a.m. on August 25, 2011 is rescheduled to 10:00 a.m. on September 15, 2011.

Dated: 8/19/11                              _____
                                            Judge of the Northern District

---
- 2 -
*Hoyt v. City and County of San Francisco, et al. – Stipulation and Order re: Continuance of Case Management Conference*