1  Michael R. Bracamontes (SBN 242655)
   Ryan J. Vlasak (SBN 241581)
2  Kristen M. Ross (SBN 250917)
   BRACAMONTES & VLASAK, P.C.
3  220 Montgomery Street, Suite 870
   San Francisco, CA 94104
4  Phone: (415) 835-6777
   Fax:    (415) 835-6780
5  mbracamontes@bvlawsf.com

6  Attorneys for Plaintiff Timothy Hoyt

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  TIMOTHY HOYT,                              **CASE NO.:** CV-10-1778-RS

13           Plaintiff,                        **STIPULATION AND ORDER RE: TRIAL CONTINUANCE AND RE-OPENING OF DISCOVERY**

14       vs.
                                               **ACTION FILED:** April 26, 2010
15  CITY AND COUNTY OF SAN FRANCISCO, *et*     **TRIAL DATE:**   November 7, 2011

16  *al.*,

17           Defendants.

18

19       The parties, through their counsel, hereby stipulate and request that the Court continue the trial

20  of this matter from ninety days from November 7, 2011 to February 6, 2012, or some date thereafter

21  convenient to the Court.  The parties request this continuance because on August 18, 2011 the parties

22  became aware that Plaintiff inadvertently had not disclosed all of his prior medical treaters for the five

23  years preceding the incident that gave rise to this lawsuit, despite the Court's June 1, 2011 order that he

24  do so.  In particular, the parties became aware that Plaintiff had received medical treatment at San

25  Francisco General Hospital during the five years preceding the incident.  Plaintiff disclosed San

26  Francisco General Hospital – Urban Health Clinic but not San Francisco General Hospital proper.

27       The parties further stipulate and request that the Court amend its case management order to

28  allow the reopening of fact discovery for sixty days for the purpose of permitting defendants to obtain

_____
                                    *- 1 -*
*Hoyt v. City and County of San Francisco, et al. – Stipulation and Order re: Trial Continuance*
*CV-10-1778-RS*

Plaintiff's treatment records from San Francisco General Hospital and conduct followup discovery related to the documents received from San Francisco General Hospital.

The parties further stipulate and request that the Court amend its case management order to allow expert discovery to continue for thirty days beyond the fact discovery cutoff as a result of the scheduling issues with the experts.

IT IS SO STIPULATED.

SO STIPULATED:

Dated: 08/18/11 By: /s/ Michael Bracamontes
Michael Bracamontes, Esq.
Attorney for Plaintiff

Dated: 08/18/11 By: /s/ Joshua White
Joshua White, Esq.
Attorney for Defendants

*Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

- 2 -

*Hoyt v. City and County of San Francisco, et al. – Stipulation and Order re: Trial Continuance*
*CV-10-1778-RS*

**ORDER**

GOOD CAUSE appearing, it is HEREBY ORDERED that pursuant to the foregoing stipulation, the trial of this matter is continued to  January 23, 2012 at 9:00 a.m. , the pretrial conference is continued to  January 12, 2012 , at  10:00 a.m. ~~p.m.~~.

Fact discovery shall remain open for sixty days from the date of this order.  Expert discovery shall remain open for ninety days from the date of this order.

IT IS SO ORDERED.

Dated: 8/19/11

By: /s/ Richard Seeborg
HON. RICHARD SEEBORG
United States District Judge

- 3 -

*Hoyt v. City and County of San Francisco, et al. – Stipulation and Order re: Trial Continuance*
*CV-10-1778-RS*

Bracamontes & Vlasak
A Professional Law Corporation
www.bvlawsf.com