*E-Filed 08/26/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TIMOTHY HOYT,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO; GEORGE GASCÓN; and DOES 1-20,

    Defendants.

No. C 10-01778 RS

**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE**

Pursuant to Civil Local Rule 6-3, plaintiff moves to enlarge the time for the filing of his Opposition to defendants' motion for partial summary judgment and for the corresponding hearing. According to plaintiff's counsel, due to unforeseen scheduling changes, he will be at trial in an unrelated matter at the time plaintiff's Opposition is due. Counsel also states that he sought a stipulation from defendants, but has not yet heard back. Good cause having been shown, plaintiffs' request for a two week extension in the schedule on defendants' motion for summary judgment is granted. Plaintiff's Opposition shall be due by September 15, 2011. Defendants' Reply is now due on September 22, 2011. The hearing on September 22, 2011 is continued to October 6, 2011.

IT IS SO ORDERED.

Dated: 8/26/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE