*E-Filed 11/9/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TIMOTHY HOYT,

        Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO and HANK LUM,

        Defendants.

No. C 10-01778 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 3, 2012**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 12, 2012, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order my result in dismissal of the case.

IT IS SO ORDERED.

Dated: 11/9/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-01778 RS
STANDBY ORDER OF DISMISSAL