1   DENNIS J. HERRERA, State Bar #139669
    City Attorney
2   JOANNE HOEPER, State Bar #114961
    Chief Trial Deputy
3   JOSHUA S. WHITE, State Bar #237223
    Deputy City Attorney
4   Fox Plaza
    1390 Market Street, Sixth Floor
5   San Francisco, California 94102-5408
    Telephone:    (415) 554-4259
6   Facsimile:    (415) 554-3837
    e-mail:       joshua.white@sfgov.org
7
    Attorneys for Defendants
8   CITY AND COUNTY OF SAN FRANCISCO,
    GEORGE GASCÓN, and HANK LUM
9

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13   TIMOTHY HOYT,                      Case No. CV 10-01778 RS

14          Plaintiff,                  **REQUEST FOR DISMISSAL; ~~PROPOSED~~
                                        ORDER OF DISMISSAL**
15      vs.

16   CITY AND COUNTY OF SAN
     FRANCISCO, GEORGE GASCÓN, and      Date Action Filed:   April 26, 2010
17   DOES 1-20,                         Trial Date:          November 7, 2011

18          Defendants.

19

20

21      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

22          A settlement agreeable to all parties has been reached in the above-mentioned matter.  The

23   parties respectfully request that this case be dismissed with prejudice.

24   ///

25   ///

26   ///

27   ///

28   ///

Request for Dismissal                         1                    n:\lit\li2011\101322\00739895.doc
Hoyt v. CCSF – Case No.: CV 11-01778 RS

1  Dated: _5/3/12_____     BRACAMONTES & VLASAK, P.C.

2                                    By:_____

3                                    MICHAEL BRACAMONTES

4                                    Attorneys for Plaintiff
                                     TIMOTHY HOYT
5

6

7  Dated: ___5/29/12_____      DENNIS J. HERRERA
                                     City Attorney
8                                    JOANNE HOEPER
                                     Chief Trial Attorney
9                                    JOSHUA S. WHITE
                                     Deputy City Attorney
10

11                                   By:_____/s/_____

12                                   JOSHUA S. WHITE

13                                   Attorneys for Defendants
                                     CITY AND COUNTY OF SAN FRANCISCO,
14                                   GEORGE GASCON and HANK LUM

15

16

17

18                                   **ORDER**

19
   **IT IS SO ORDERED.**
20

21

22  Dated: __5/29/12_____

23

24                                   _____
                                     HONORABLE RICHARD SEEBORG
25                                   U.S. DISTRICT COURT JUDGE

26

27

28